FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSE OFELIO BARBOSA, | Case No. CV 13-02365 ABC (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: April 15, 2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY